UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY E. BROOKS,

    Plaintiff,

v.                                                Case No: 8:13-cv-2447-T-30TGW

WASTE PRO OF FLORIDA, INC.
and ANDY TOLLER,

    Defendants.

_____

ORDER

The Court has been advised via a Mediation Report (Dkt. #28) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of March, 2015.

                                                       JAMES S. MOODY, JR.
                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record