**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANTHONY E. BROOKS,

    Plaintiff,

v.                                      Case No: 8:13-cv-2447-T-30TGW

WASTE PRO OF FLORIDA, INC.
and ANDY TOLLER,

    Defendants.

## **ORDER**

THIS CAUSE comes before the Court upon the Motion to Enforce Mediated Settlement Agreement, or, Alternatively, Motion to Reopen Case and for Withdrawal of Counsel for Plaintiff (Dkt. #31). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The deadline to submit a stipulated form of final order or judgment should the parties so choose or for any party to move to reopen the action, upon good cause shown is extended for sixty (60) days from the date of this Order. After that 60-day period, dismissal of this action shall be with prejudice.

2. The Motion to Enforce Mediated Settlement Agreement, or, Alternatively, Motion to Reopen Case and for Withdrawal of Counsel for Plaintiff (Dkt. #31) is set for hearing on **Tuesday, June 30th, 2015, at 11:00 a.m.** at the

Sam Gibbons U.S. Courthouse, 801 North Florida Avenue, Courtroom #17, Tampa, Florida 33602.   Time reserved: 15 minutes.

3. The Clerk of Court is directed to send a copy of this Order to the Plaintiff, Anthony E. Brooks at 2462 38th Street South, St. Petersburg, Florida 33711.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of May, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
Plaintiff, Anthony E. Brooks, 2462 38th Street South, St. Petersburg, Florida 33711

S:\Odd\2013\13-cv-2447 31.docx