**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANTHONY E. BROOKS,

    Plaintiff,

v.                                          Case No: 8:13-cv-2447-T-30TGW

WASTE PRO OF FLORIDA, INC.
and ANDY TOLLER,

    Defendants.

_____

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #43). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing those objections has elapsed.

After carefully considering the Report and Recommendation of the Magistrate Judge and independently examining the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #43) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Motion to Enforce Mediated Settlement Agreement or, Alternatively, Motion to Reopen Case and for Withdrawal of Counsel for Plaintiff (Dkt. #31) is GRANTED to the extent that it seeks to enforce the terms of the parties' settlement agreement.

3. The Court ORDERS that the parties' mediated settlement agreement (Dkt. 31, pp. 4-5) be executed in accordance with the terms therein.

4. This case shall remain closed.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of September, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

S:\Odd\2013\13-cv-2447 adopt 43.docx

2